UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JESSIE L. ISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:25-cv-00111-JPH-MJD |
| | ) |
| ATTORNEY VIGO COUNTY INDIANA, | ) |
| INDIANA DEPT OF CORRECTION, | ) |
| FIRST FINANCIAL BANK BRANCH | ) |
| EMPLOYEES, | ) |
| FIRST FINANCIAL BANK BRANCH PLAZA | ) |
| EMPLOYEES, | ) |
| FT. VILLA INC., | ) |
| HAMILTON CENTER GROUP HOME, | ) |
| NEW BEGINNING PROPERTY | ) |
| MANAGEMENT REALTY/REALATOR, | ) |
| PIZZOLA, | ) |
| J.D., | ) |
| STATE FARM INS., | ) |
| POWER LITTLE, LITTLE, LITTLE LAW | ) |
| FIRM EMPLOYEES, | ) |
| NEWTON, | ) |
| DAN KELLY, | ) |
| STRECKOR BILL, | ) |
| TERRE HAUTE HOUSING AUTHORITY, | ) |
| STEVE CUENGROSS, | ) |
| SAM SWAIM, | ) |
| VIGO CO., IN., | ) |
| | ) |
| Defendants. | ) |

**ORDER DISMISSING FOR LACK OF SUBJECT-MATTER JURISDICTION**

On April 9, 2025, the Court ordered Plaintiff Jessie Ison to file an amended complaint or otherwise show cause why this case should not be dismissed for lack of subject-matter jurisdiction. Dkt. 25. Mr. Ison filed a motion for leave to amend his complaint, dkt. 27, which the Court construes as his amended complaint. The wide-ranging allegations in this complaint center

1

on plots by various parties to kill Mr. Ison for the inheritance he received from his father and to prevent Mr. Ison from revealing wrongs the parties committed against him. *Id.*

Even liberally construing Mr. Ison's amended complaint, the Court cannot discern within it any plausible federal claim against any defendant. *See Sanders-Bey v. United States*, 267 F. App'x 464, 465 (7th Cir. 2008) (dismissing for lack of jurisdiction a complaint that "appear[ed] to simply reference a panoply of random federal laws"); *cf. United States ex rel. Garst v. Lockheed–Martin Corp.*, 328 F.3d 374, 378 (7th Cir. 2003) ("Rule 8(a) requires parties to make their pleadings straightforward, so that judges and adverse parties need not try to fish a gold coin from a bucket of mud."). Mr. Ison's amended complaint does not invoke federal jurisdiction, *see Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 89 (1998), so it must be dismissed.

The Court does not have subject-matter jurisdiction over Mr. Ison's claim. Therefore, this case is **dismissed without prejudice**. Accordingly, the motions at dkts. [2], [4], [8], [9], [12], [13], [14], [15], [16], [18], [19], [20], [22], [23], [24], [27], and [28] are **denied as moot**. Final judgment shall issue by separate entry.

Additionally, the **clerk is directed** to update Mr. Ison's address on the docket consistent with the address listed in the distribution below.

**SO ORDERED.**

Date: 5/28/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JESSIE L. ISON
#50334
Hendricks County Jail
189 E Campus Blvd
Danville, IN 46122

All electronically registered counsel